IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

R. DAVID WEISSKOPF, pro se,                          )
DAVID SULTAN, pro se, HAIM YATIV, pro se,            )
MOSHE ABERJIL, pro se, SOL HAVIVI, pro se,           )
LAURENT SARAGOSTI, pro se                            )
                                                     )
                                                     )
                              Plaintiffs             )
                                                     )
        VS.                                          )
                                                     )
JEWISH AGENCY FOR ISRAEL,                            )
GERALD SILVERMAN, YAAKOV NEEMAN,                     )
MOSHE KAHLON, SIMONA STEINMETZ,                      )
ORLI OSTERMAN, Dr. SILVAO GUTKOVSKY,  )              **1:12-CV-6844-LGS-SN**
EDNA BROWNSTEIN, TAMI BEN-YAKOV,                     )
RUTH EISENMANN, PEF ISRAEL                           )
ENDOWMENT FUND, INC., JOHN HAGEE,                    )
JOEL C. ROSENBERG, JEFF ROYER                        )
                                                     )
                              Defendants             )

## NOTICE OF VOLUNTARY DISMISSAL

In light of the Supreme Court's ruling on *Kiobel, et al vs. Royal Dutch Petroleum, et al* (10-1491) dated April 17, 2013, Plaintiffs hereby voluntarily dismiss this action without prejudice.

Dated:  April 29, 2013.

/s/ R. David Weisskopf

Respectfully submitted by:   R. David Weisskopf, pro se
1300 Pennsylvania Ave.
#190-610
Washington, DC  20004
(608) 492-1477
12cv06844@gmail.com

Sol Havivi, pro se                        Haim Yativ, pro se

Moshe Aberjil, pro se                  Laurent Saragosti,  pro se

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the foregoing
document with the Clerk of the Court using the CM/ECF system, which will send
notification of such filing to the counsel/parties who have registered with this Court.

/s/ R. David Weisskopf

R. David Weisskopf, pro se