IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| R. DAVID WEISSKOPF, pro se, ) <br> DAVID SULTAN, pro se, HAIM YATIV, pro se, ) <br> MOSHE ABERJIL, pro se, SOL HAVIVI, pro se, ) <br> LAURENT SARAGOSTI, pro se ) <br> ) <br> ) <br> Plaintiffs ) <br> ) <br> VS. ) <br> ) <br> JEWISH AGENCY FOR ISRAEL, ) <br> GERALD SILVERMAN, YAAKOV NEEMAN, ) <br> MOSHE KAHLON, SIMONA STEINMETZ, ) <br> ORLI OSTERMAN, Dr. SILVAO GUTKOVSKY, ) <br> EDNA BROWNSTEIN, TAMI BEN-YAKOV, ) <br> RUTH EISENMANN, PEF ISRAEL ) <br> ENDOWMENT FUND, INC., JOHN HAGEE, ) <br> JOEL C. ROSENBERG, JEFF ROYER ) <br> ) <br> Defendants ) | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 04/30/2013 <br><br> **1:12-CV-6844-LGS-SN** |

### NOTICE OF VOLUNTARY DISMISSAL

In light of the Supreme Court's ruling on *Kiobel, et al vs. Royal Dutch Petroleum, et al* (10-1491) dated April 17, 2013, Plaintiffs hereby voluntarily dismiss this action without prejudice.

Dated:  April 29, 2013.

/s/ R. David Weisskopf

Respectfully submitted by:

R. David Weisskopf, pro se
1300 Pennsylvania Ave.
#190-610
Washington, DC  20004
(608) 492-1477
12cv06844@gmail.com

_____
Sol Havivi, pro se

_____
Haim Yativ, pro se

_____
Moshe Aberjil, pro se

_____
Laurent Saragosti, pro se

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel/parties who have registered with this Court.

/s/ R. David Weisskopf

_____
R. David Weisskopf, pro se

The Clerk of Court is directed to terminate the case.
April 30, 2013, New York, NY

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE